IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| VBI Vaccines (Delaware) Inc., *et al.* | Case No. 24-11623 (BLS) |
| Debtors in a Foreign Proceeding.[1] | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR FIRST-DAY HEARING ON AUGUST 2, 2024, AT 9:00 A.M. (EASTERN TIME)**

> **This proceeding will be conducted in person and via Zoom.
> Delaware counsel must be present in the Courtroom, Declarants may appear via Zoom.**
>
> **\*\*THIS HEARING WILL BE LOCATED IN COURTROOM #2, 6th FLOOR\*\***
>
> **Please refer to Judge Shannon's Chambers Procedures
> (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the Court's website
> (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of
> allowed participation (video or audio), Judge Shannon's expectations of remote
> participants, and the advance registration requirements. Registration should be completed
> at least 2 hours prior to the start of the hearing, unless otherwise noticed, using the
> eCourtAppearances tool available on the Court's website.**

**PETITIONS**

1. Voluntary Petitions

    a. VBI Vaccines (Delaware) Inc.
    b. VBI Vaccines Inc.
    c. VBI Vaccines B.V.
    d. Variation Biotechnologies (US) Inc.

    Related Document:

    a. Notice of Filing of Certified Copy of Initial Order (D.I. 9, filed 7/31/24).

---

[1] The Debtors and the last four digits of its U.S. Federal Employer Identification Numbers or other unique identifier are as follows: VBI Vaccines Inc. (N/A), VBI Vaccines (Delaware) Inc. (9534), Variation Biotechnologies (US) Inc. (6196), and VBI Vaccines B.V. (N/A).  The Debtors' Mailing address is 160 Second Street, Floor 3, Cambridge, MA 02142.

**DECLARATION IN SUPPORT**

2. Declaration of Jeffrey Baxter in Support of (I) Chapter 15 Petitions for Recognition of Foreign Proceeding and (II) Motion of the Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code (D.I. 4, filed 7/30/24).

**MATTERS GOING FORWARD**

3. Motion of the Foreign Representative for Joint Administration of Chapter 15 Cases and Related Relief (D.I. 3, filed 7/30/24).

    Status:  This matter is going forward.

4. Motion of the Foreign Representative for Entry of an Order (I) Specifying Form and Manner of Service of the Recognition Hearing Notice Under Sections 105(a), 1514 and 1515 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, (II) Scheduling Hearing, and (III) Granting Related Relief  (D.I. 5, filed 7/30/24).

    Status:  This matter is going forward.

5. Motion of the Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code (D.I. 6, filed 7/30/24).

    Status:  This matter is going forward.

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.


Dated:  July 31, 2024
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Scott D. Jones*
Derek C. Abbott (No. 3367)
Tamara K. Mann (No. 5643)
Scott D. Jones (No. 6672)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@morrisnichols.com
tmann@morrisnichols.com

sjones@morrisnichols.com

- and –

HAYNES AND BOONE, LLP
Arsalan Muhammad (*pro hac vice* pending)
David Trausch (*pro hac vice* pending)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
arsalan.muhammad@haynesboone.com
david.trausch@haynesboone.com

*Counsel for the Foreign Representative*